JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
One 1997 Ford Expedition
VIN No. 1FMFU18L7VLC08946

**B-00-155**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

United States District Court
Southern District of Texas
FILED
OCT 0 5 2000
Michael N. Milby
Clerk of Court

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

RONALD G. MORGAN
U.S. Attorney's Office
600 E. Harrison Street
Brownsville, TX 78520

ATTORNEYS (IF KNOWN)

Ignacio Torteya, III
Attorney At Law
700 E. Washington
Brownsville, TX 78520

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

21 USC Section 881 — Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: October 5, 2000

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 5 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. B-00-155 |
| § | |
| ONE 1997 FORD EXPEDITION § | |
| VIN No. 1FMFU18L7VLC08946 § | |
| Defendant. § | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this Verified Complaint for Forfeiture in Rem and would show as follows:

1.  This is a civil action brought pursuant to the provisions of 21 U.S.C. §881(a)(4), which provide for forfeiture of property which is used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of the controlled Substances Act, 21 U.S.C. § 801 et. seq.

2.  The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 1355; venue lies in the Southern District of Texas pursuant to 28 U.S.C. § 1395.

3.  The Defendant Property is a 1997 FORD EXPEDITION, Vehicle Identification Number (VIN No.) 1FMFU18L7VLC08946, which is forfeitable to the United States pursuant to the above statutes. The Defendant Property was seized on November 27, 1999, in Brownsville, Texas from the possession of Juan Sandoval.

4.  On November 27, 1999, Juan Sandoval was driving the Defendant Property from Mexico into the United States when he was stopped entering the United States by way of the Gateway Bridge, Port of Entry in Brownsville, Texas. At the time of the stop, a drug dog alerted on the vehicle. An inspection of the vehicle revealed 62 Kilograms (approximately 137 pounds) of marihuana hidden in the gas tank. As a result of this discovery, the Defendant Property was seized by the United States Customs Service and is currently being held in a warehouse in Brownsville,

Cameron County, Texas, under contract with the Customs Service.

5. On January 28, 2000, Juan Sandoval pled guilty to possession with the intent to distribute approximately 137 pounds of marihuana, which was the marihuana discovered in the Defendant Property for which reason the Defendant Property was seized by the Customs Service on November 27, 1999.

6. Upon information and belief, the Government avers that the registered owners of the Defendant Property are recorded as Juan and Priscilla Sandoval[1]. The vehicle registration documents reflect that Juan and Priscilla Sandoval reside at 6409 S. Spaulding, Chicago, Illinois 60629. Based upon information and belief, and according to the cost bond receipt signed by Mrs. Sandoval on August 22, 2000, it appears that Priscilla Sandoval's current address is 24 - 5th Avenue, New Rochelle, New York 10801.

7. On August 22, 2000 Priscilla Sandoval filed a claim and cost bond seeking return of the Defendant Property.

8. Upon information and belief, the Government avers that Priscilla Sandoval is the wife of Juan Sandoval. Priscilla Sandoval was present when the 137 pounds of marihuana was found in Defendant Property on November 27, 1999, and when the Defendant Property was seized.

9. Based upon the information currently available to the Government, the Government further avers the lien that previously existed upon the Defendant Property was released by the lien holder on November 16, 2000 and that no lien currently exists on the Defendant Property.

10. The Defendant Property was used, or intended to be used to transport, or in any

---

[1] While the registration reflects the spelling of the titled owners' names as "SONDOVAL," it appears that the correct spelling of their names (based upon the indictment of Mr. Sandoval and the spelling of Mrs. Sandavol's name in the "claim" filed in this matter and the various documents signed by the two individuals) is "SANDOVOL." For that reason, the spelling "SANDOVAL" will be used throughout these pleadings. Furthermore, the Government does not challenge the fact that the claimant is the same person as that "Priscilla Sondoval" listed on the vehicle title.

2

manner to facilitate the transportation, sale, receipt, possession or concealment of an illegal controlled substance in violation of 21 U.S.C. § 801 et. seq. and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, Plaintiff prays that:

A.  Monition issue according to the normal procedure of the Court, citing all persons having an interest in the above described Defendant Properties, to appear on the return day of process by filing a claim within thirty (30) days from execution of process and an answer within twenty (20) days thereafter pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, as modified by 18 U.S.C. § 983(a)(4)(A), or as ordered by this Court;

B.  That judgment of forfeiture be decreed against the Defendant Property;

C.  That upon final order of forfeiture the Defendant Property be disposed of by the U.S. Marshals Service in accordance with law; and

D.  For Costs and other such and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902
TX Bar No. 00795014
600 East Harrison, Ste. 201
Brownsville, Texas 78521
Tel :(956) 548-2554
Fax: (956) 548-2711

# VERIFICATION

I, Randy Kivlighn, upon oath declare and say that:

1. I am a Special Agent with the United States Customs Service, and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish by a preponderance of the evidence proof to seize and forfeit the Defendant Properties as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd Day of October, 2000.

_____
RANDY DON KIVLIGHN
Special Agent
United States Customs Service

Subscribed and sworn to before me on this the 2nd day of October, 2000.

_____
Notary Public for the State of Texas

BELIA V. ZEPEDA
MY COMMISSION EXPIRES
January 4, 2001

My commission expires on 2-4-01.

4

## CERTIFICATE OF SERVICE

I hereby certify on this the ___5th___ day of ___October___, 2000, a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first class mail, return receipt requested, to the individuals listed below at the indicated addresses:

Ignacio Torteya III
Attorney for Priscilla Sandoval
Torteya & Torteya P.L.L.C.
700 East Washington
Brownsville, Texas 78520

Priscilla Sandoval
Claimant
24 - 5th Avenue
New Rochelle, New York 10801

Juan Sandoval
Inmate No. 92177079
Federal Correctional Institution Allenwood
P.O. Box 1500
White Deer, Pennsylvania 17887

_____
RONALD G. MORGAN
Assistant U.S. Attorney

5

# WARRANT OF SEIZURE AND MONITION

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

B-00-155

## BROWNSVILLE DIVISION

To the United States Customs Service or any designated agent:

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

ONE 1997 FORD EXPEDITION VIN No. 1FMFU18L7VLC08946

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: <br><br> BROWNSVILLE, TEXAS |
|---|---|
| DATE: <br><br> 10/5/00 | CLERK: <br><br> MICHAEL N. MILBY <br><br> BY DEPUTY CLERK: _(signature)_ |

RETURNABLE ___ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U S Customs Service | Service Accomplished BY : |