UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2000

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,
        Plaintiff,

v.                    CIVIL NO. B-00-155.

ONE 1997 FORD EXPEDITION
VIN NO. 1FMFU18L7VLC08946,
        Defendant.

### OBJECTION TO VERIFIED COMPLAINT
### FOR FORFEITURE IN REM

Claimant, Priscilla Sandoval, pro se, respectfully submits this objection to the Government's "Verified Complaint For Forfeiture In Rem," hereafter Complaint, for the following reasons:

    1.    Ms. Sandoval is a third party who has interest in the property sought by the Government. As the monies used to pay for the property named in the above caption derived from legal means.

    2.    That Ms. Sandoval has not consented to the use of said property for any illegal activities. Nor did she have knowledge of the vehicle's use to violate the law.

    3.    Ms. Sandoval has placed a $2500 bond for the property in question, and to date the vehicle has yet to be released to her, less her monies.

    4.    Ms. Sandoval submits, that if the Ford Expedition is released to her, she is prepared to sell the vehicle and return to this honorable court any reasonable amount of money the court may

rule appropriate for Mr. Juan Sandoval's misuse of the vehicle, and/or for its violation of the In Rem laws.

5. Ms. Sandoval is not an attorney and she cannot afford to pay for one to represent her with this cause, therefore, she respectfully requests that this court extend the broadest discretion allowed to her pleadings. Furtherso, Ms. Sandoval is concerned that the vehicle may not have the same value, since it has been sheltered at a auto pound. However, she does agree to aby by any rules and/or instruction the court may desire to place as a condition.

**Wherefore,** for all the above reasons, it is requested that this request be granted accordingly.

Respectfully,

**I swear having full knowledge of the penalties of perjury that the above is true and correct.**

On this 24th day of October, 2000.

x *Priscilla Sandoval*
Priscilla Sandoval, pro se.
24-5th Avenue
New Rochelle, New York 10801

### CERTIFICATE OF SERVICE

I hereby certify on this 24th day of October, 2000, a true and correct copy of the above Objection to Verified Complaint For In Rem was sent via first class mail, return receipt, to Assistant United States Attorney Ronald G. Morgan at his address of the record.

x *Priscilla Sandoval*
Priscilla Sandoval