4

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

DEC 1 4 2000

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

Law Clerk:      Jessica R Dart

Date:         Dec 14, 2000, 1:30 pm

-------------------------------------------------------------------

## C.A. NO. B00-155 (HGT)

-------------------------------------------------------------------

UNITED STATES OF AMERICA                 *      Ronald G Morgan
     VS
ONE 1997 FORD EXPEDITION                 *
VIN No. 1FMFU18L7VLC08946


(Claimant: Priscilla Sandoval)

-------------------------------------------------------------------

## INITIAL PRETRIAL CONFERENCE

Attorneys Morgan and Ignacio Torteya, III, appeared.  Attorney Torteya informed
the Court that he has not been retained in the cause of action.  He stated that
the Claimant, Priscilla Sandoval is proceeding pro se.

Case reset to January 24, 2001, 1:30 pm, for a scheduling conference.  AUSA
Morgan to contact Ms. Sandoval with a settlement offer in an attempt to settle
the matter.

ClibPDF - www.fastio.com