UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | § § § § | |
| v. | § | CIVIL NO. B-00-155 |
| ONE 1997 FORD EXPEDITION VIN No. 1FMFU18L7VLC08946 Defendant. | § § § § | |

## SETTLEMENT AGREEMENT

The United States of America, through Mervyn M. Mosbacker, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, and PRISCILLA SANDOVAL (hereafter "Claimant") hereby enter into an agreed settlement of this action relating to the forfeiture of a 1997 FORD EXPEDITION VIN No. 1FMFU18L7VLC08946 (hereafter "Defendant Property") under and in accordance with the following terms:

1. The United States will return the full amount of the cost bond posted by Claimant in this matter ($2400.00);

2. The United States Government, or whoever is acting upon its behalf, shall sell the Defendant Property in the usual manner in which such property is sold;

3. The proceeds of that sale shall first be used to pay the Government's costs associated with the storage, maintenance and sale of the Defendant Property;

4. The "remainder of the proceeds" from the sale of the Defendant Property shall be divided equally between the United States and Claimant, with a payment to be sent directly to the Claimant in the full amount constituting her portion of the "remainder of the proceeds."

5. No representation of any type is made by the Government as to the amount to be received from the sale of the Defendant Property or as to the current costs relating to the storage, maintenance and sale of the Defendant Property.

As further consideration in support of this settlement, each party agrees to dismissal of this case with prejudice as to both parties.

Each party is to bear its own attorney fees and costs incurred during the course of the action relating to the Defendant Property, to include the previous administrative action.

This settlement agreement constitutes a complete and final settlement between the parties and resolves all claims and issues relating to the Government's seizure of the Defendant Property. As such, Claimant releases and forever discharges the United States, its employees, representatives and agents, including the U.S. Customs Service, the U.S. Attorney's Office and the U.S. Department of Justice, from all claims and causes of action arising out of or relating to the prosecution or settlement of this action, however, this paragraph shall not act as a release or discharge of the obligations and duties imposed on the United States by this Settlement Agreement. Similarly, except as provided by this agreement, the United States releases Claimant from all liability relating to the Defendant Property.

Further, as part of the agreed settlement in this case, Claimant stipulates that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property and that claimant agrees to the entry of a certificate of reasonable cause as provided by 28 U.S.C. § 2465.

APPROVED AS TO FORM AND SUBSTANCE:

Dated: 12-20-00

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

By: _____
RONALD G. MORGAN
Assistant U.S. Attorney
600 East Harrison Street, #201
Brownsville, Texas 78521
Tel. (956)548-2554
Fax (956) 584-2711

PRISCILLA SANDOVAL
CLAIMANT

By: _____
PRISCILLA SANDOVAL
Pro Se Claimant
24 - 5th Avenue
New Rochelle, New York 10801
Tel.(914)576-2272

2

ClibPDF - www.fastio.com