===================================================================
UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
===================================================================

UNITED STATES OF AMERICA § 
§
versus § CIVIL ACTION NO. B-00-155
§
ONE 1997 FORD EXPEDITION §
VIN NO. 1FMFU18L7VLC08946

*United States District Court*
*Southern District of Texas*
*ENTERED*

**JAN 11 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Priscilla Sandoval* (signature)<br>Priscilla Sandoval | self | 12-20-00 |
| *Ronald G. Morgan* (signature)<br>Ronald G. Morgan | United States | 12/14/00 |

**ORDER TO TRANSFER**

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

January 5, 2001
Date

_____
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.