8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE 1997 FORD EXPEDITION<br>VIN No. 1FMFU18L7VLC08946<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. B-00-155<br><br>(636(c)) |

## FINAL ORDER OF FORFEITURE AND RELEASE

Upon consideration of the "Settlement Agreement" in the above styled case entered into by and between the parties to this action on December 20, 2000:

IT IS HEREBY **ORDERED** that:

1. The United States will immediately return the full amount of the cost bond posted by Claimant in this matter ($2400.00);

2. The United States Government, or whoever is acting upon its behalf, shall sell the Defendant Property in the usual manner in which such property is sold;

3. The proceeds of that sale shall first be used to pay the Government's costs associated with the storage, maintenance and sale of the Defendant Property;

4. The "remainder of the proceeds" from the sale of the Defendant Property shall be divided equally between the United States and Claimant, with a check being sent to the Claimant in the full amount representing her portion of the "remainder of the proceeds."

5. The United States is directed to dispose of any remaining property in accordance with this order and law.

6. Based upon Claimant's stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property, the Court finds that

reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the 1997 FORD EXPEDITION VIN No. 1FMFU18L7VLC08946.

7. Based upon the agreement of the parties, as reflected in and in accordance with the terms contained in the "Agreed Settlement" entered into by the parties on December 20, 2000, the Court orders that this matter be dismissed with prejudice as to both parties.

**ORDERED** and SIGNED this 12th day of January, 2001, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

2