


# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil No. B-00-155 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| One 1997 Ford Expedition VIN No.1FMFU18L7VLC08946 | Complaint for Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
United States Customs Service

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
1800 Paredes Line Rd., Brownsville, TX 78521

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Ronald G. Morgan<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>600 E. Harrison Street<br>Brownsville, TX 78520-7114 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

copy of verified Complaint for Forfeiture in Rem

United States District Court
Southern District of Texas
FILED
JAN 29 2001
Michael N. Milby
Clerk of Court

| Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NO. | DATE |
|---|---|---|
| *signed* | (956) 548-2554 | 10/05/00 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:
*signed*

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|
| | | | | |

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | [ ] AM [X] PM |
|---|---|---|---|
| | 10-6-00 | 2:00 | |

SIGNATURE, TITLE AND TREASURY AGENCY Juan Avalos
Special Agent USCS

**REMARKS:**

TD F 90-22.48 (6/96)