10



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>Civil No. B-00-155 | |
|---|---|---|
| DEFENDANT<br>One 1997 Ford Expedition VIN No. 1FMFU18L7VLC08946 | TYPE OF PROCESS<br>Notice of Publication | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>The Brownsville Herald | United States District Court<br>Southern District of Texas<br>FILED |
|---|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>1135 E. Van Buren, Brownsville, TX 78520 | JAN 29 2001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Ronald G. Morgan<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>600 E. Harrison Street<br>Brownsville, TX 78520-7114 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | Michael N. Milby<br>Clerk of Court<br>1 |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Reason for Seizure: Vehicle intended to be used to transport a controlled substance in violation of 21 USC 881(a)(4).

Publish Monition & Serve Complaint: Please publish once each week for three (3) consecutive weeks and provide voucher and copy of publication notice to AUSA as soon as possible after the last day of publication.

| Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NO.<br>(956) 548-2554 | DATE<br>10/05/00 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [X] A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>10-6-00 | TIME OF SERVICE<br>2:50 | [ ] AM<br>[X] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY  Juan Avalos<br>Special Agent USCS | | |

REMARKS:

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**