



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

United States District Court
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby
Clerk of Court

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Civil No. B-00-155 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 1997 Ford Expedition VIN No. 1FMFU18L7VLC08946 | Complaint for Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Priscilla Sandoval, Claimant

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
24 - 5th Avenue, New Rochelle, New York 10801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ronald G. Morgan
Assistant U.S. Attorney
United States Attorney's Office
600 E. Harrison
Brownsville, TX 78520-7114

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE. | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem to the above-named Claimant and/or any other qualified member of household.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NO. (956) 548-2554
DATE 10/05/00

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:
Priscilla Sandoval   10/11/00

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER S/A Esmael Quintana | DATE 10-11-00 |
|---|---|---|---|---|

[✓] I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
Priscilla Sandoval (SAME)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE | TIME OF SERVICE | [✓] AM [ ] PM |
|---|---|---|
| 10-11-00 | 11:20 | |

SIGNATURE, TITLE AND TREASURY AGENCY
Esmael Quintana   SPECIAL AGENT USCS

REMARKS:

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**